*In re* JOSÉ G. CRUZ ARROYO.

*Número:* TS-7893          *Resuelto:* 10 de febrero de 2006

*Salvador Antonetti Stutts*, procurador general, *Mariana D. Negrón Vargas*, subprocuradora general, y *Minnie H. Rodríguez López*, procuradora general auxiliar, querellantes; *Margarita Carrillo Iturrino*, abogada de la parte querellada.

## RESOLUCIÓN

Evaluado el Informe del Procurador General, y la Contestación a Informe del Procurador General presentada por el querellado, *se ordena la suspensión provisional del ejercicio de la abogacía y de la notaría del Sr. José G. Cruz Arroyo, hasta que este Tribunal disponga finalmente del presente proceso disciplinario. Le imponemos el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, que les devuelva cualesquiera honorarios recibidos por trabajos no realizados e informe oportunamente de su suspensión a los distintos foros judiciales y administrativos del país. Deberá, además, certificarnos dentro del término de treinta días, a partir de la notificación de la presente Resolución, el cumplimiento de estos deberes.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez no interviene.

*(Fdo.)* Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*